# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DAVID WAYNE WOODRING,<br><br>Petitioner<br><br><br>v.<br><br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF TRANSPORTATION,<br>BUREAU OF DRIVER LICENSING,<br><br>Respondent | : No. 51 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

| | |
|---|---|
| DAVID WAYNE WOODRING,<br><br>Petitioner<br><br><br>v.<br><br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF TRANSPORTATION,<br>BUREAU OF DRIVER LICENSING,<br><br>Respondent | : No. 52 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.